[No. 3588–3–III.   Division Three.   July 21, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
ALAN ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–1–00093–1, Harold D. Clarke, J., entered January 31, 1980. *Affirmed* by unpublished opinion

per McInturff, C.J., concurred in by Green and Roe, JJ.